DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

20 DECEMBER 2016

| 080A14-1 | State v. David Martin Beasley Young | 1. Motion Requesting Court to Take Judicial Notice (COA13-646) | 1. Dismissed as moot |
|---|---|---|---|
| | | 2. Addendum to Motion Requesting Court to Take Judicial Notice | 2. Dismissed as moot |
| | | 3. State's Response to Motion Requesting Court to Take Judicial Notice | 3. Dismissed as moot |
| | | 4. Addendum to Motion Requesting Court to Take Judicial Notice | 4. Dismissed as moot |
| 369A15 | State v. John Joseph Carvalho, II | State's Motion to Amend the Record on Appeal | Dismissed as moot |
| 374A14 | Fisher, et al. v. Flue-Cured Tobacco Cooperative Stabilization Corporation | 1. Plts' Memorandum of Additional Authority | 1. — |
| | | 2. Def's Motion for Leave to Respond to Memorandum of Additional Authority | 2. Dismissed as moot |